UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIM KARTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KERYX BIOPHARMACEUTICALS, INC., RON BENTSUR, SCOTT A. HOLMES, GREGORY P. MADISON, and JAMES F. OLIVIERO,<br><br>Defendants. | Case No. 16-cv-11745-DJC |

## JOINT STIPULATION AND PROPOSED ORDER REGARDING MOTION TO AMEND

On April 30, 2019, plaintiff filed a motion for leave to amend his Complaint (ECF No. 110). The parties jointly enter this stipulation, and request that the Court enter this stipulation as an Order, establishing the following schedule regarding that motion to amend:

1. Defendants' Opposition to the motion to amend shall be filed on or before May 24, 2019.

2. Defendants do not object to the plaintiff filing a reply brief in response to Defendants' Opposition to the Motion to Amend, provided that plaintiff seeks leave to file that reply brief (with the proposed reply attached) on or before June 14, 2019.

3. The parties jointly request oral argument on the Motion to Amend on June 19, 2019. The Court is already scheduled to hear oral argument that day on two other motions in this case – Plaintiff's Motion for Class Certification, and Defendants' Motion for Judgment on the Pleadings.

IT IS SO STIPULATED this 2nd day of May 2019.

May 2, 2019

**Certificate of Service**

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2019.

/s/ Laurence A. Schoen
Laurence A. Schoen

Respectfully submitted,

/s/ Jacob A. Walker
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO #688074)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com
jake@blockesq.com

*Attorneys for Plaintiffs and the Class*

/s/ Laurence A. Schoen
John F. Sylvia, BBO# 555581
Laurence A. Schoen, BBO# 633002
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
Tel: (617) 542-6000
JSylvia@mintz.com
LSchoen@mintz.com

*Attorneys for Keryx Biopharmaceuticals, Inc., Ron Bentsur, Scott A. Holmes, Gregory P. Madison, and James F. Oliviero*

SO ORDERED on this 13th day of May, 2019.

Hon. Denise J. Casper
United States District Court Judge