UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TIM KARTH**

                Plaintiff(s)

         v.                                CIVIL ACTION NO.**16-11745-DJC**

**KERYX BIOPHARMACEUTICALS, INC., ET AL**

                Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. In accordance with the Memorandum and Order dated September 23, 2019, D. 152;

        **IT IS ORDERED AND ADJUDGED**

        Judgment for the defendants.


                                                                     Robert M. Farrell, Clerk

Dated: September 23, 2019                        /s/ Lisa M. Hourihan
                                                 ( By )  Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                                                                   [jgm.]