# United States Court of Appeals
## For the First Circuit

No. 19-1964

TIM KARTH

Plaintiff - Appellant

ABRAHAM KISWANI; RICHARD J. ERICKSON; RICHARD B. KING, JR.; TERRELL JACKSON

Plaintiffs

v.

KERYX BIOPHARMACEUTICALS, INC.; RON BENTSUR; SCOTT A. HOLMES; GREGORY P. MADISON; JAMES OLIVIERO

Defendants - Appellees

**MANDATE**

Entered: July 12, 2021

    In accordance with the judgment of June 21, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Jeffrey Craig Block
Geoffrey A. Friedman
Alan L. Kovacs
Jeremy Alan Lieberman
David Avi Rosenfeld
Laurence Adam Schoen
Nathaniel Silver

John F. Sylvia
Jacob A. Walker